JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundick@gtlaw.com
hoguem@gtlaw.com
*Counsel for Defendants*
*Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MURRAY D. FORD and GEORGINA FORD,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | Case No.: 2:16-cv-00344-RFB-PAL<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Defendant, NATIONSTAR MORTGAGE, LLC ("Nationstar"), by and through its counsel, Greenberg Traurig, LLP certifies that other than the parties involved in the case, the following have an interest in the outcome of this case:

Nationstar Mortgage, LLC is owned by Nationstar Sub1, LLC, and Nationstar Sub 2, LLC. Nationstar Sub1, LLC, and Nationstar Sub 2, LLC are both wholly owned by Nationstar Mortgage Holdings, Inc.

/ / /

/ / /

/ / /

LV 420645437v1

1   These representations are made to enable the Court to evaluate possible disqualification or
2   recusal.
3   Dated this 6th day of March 2016.

GREENBERG TRAURIG, LLP

By: */s/ Jacob D. Bundick*
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NEVADA 89169

*Counsel for Defendant NATIONSTAR MORTGAGE LLC*

LV 420645437v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2016, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

David H. Krieger, Esq.
Haines and Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
dkrieger@hainesandkrieger.com

　　　　　　　　　　　　　　　*/s/ Sandy Jackson*
　　　　　　　　　　　　　　　An employee of Greenberg Traurig, LLP

LV 420645437v1