GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
750 North Saint Paul, Suite 610
Dallas, Texas 75201
Tele: (214) 382-3040
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MURRAY D. FORD and GEORGINA FORD, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00344-RFB-PAL<br><br>**STIPULATION AND [PROPOSED ORDER] TO AMEND BRIEFING SCHEDULE ON DEFENDANT NATIONSTAR MORTGAGE, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF No. 50]** |

COME NOW Plaintiffs, Murray D. Ford and Georgina Ford ("Plaintiffs"), and Defendant Nationstar Mortgage, LLC ("Nationstar") through their undersigned counsel, do hereby stipulate and agree pursuant to LR 7-1 to amend the briefing schedule on Defendant Nationstar's Motion

1

for Summary Judgment. [ECF No. 50]. On January 31, 2017, the Court issued its Order Granting Plaintiffs' Motion for Extension of Discovery [ECF No. 48], which extended discovery until March 31, 2017. On February 14, 2017, Nationstar filed its Motion for Summary Judgment, [ECF No. 50], pursuant to the dispositive motion deadline set forth in the Stipulation and Order to Extend Discovery (2d Request). [ECF No. 26]. Pursuant to LR 7-2(b), the current briefing schedule for the Motion for Summary Judgment is as follows:

        Deadline for Plaintiffs to file its Opposition………..March 7, 2017

        Deadline for Nationstar to file its Reply…………..March 21, 2017

In light of the Court's Order extending discovery until March 31, 2017, the parties believe it is necessary to complete discovery before they are able to complete briefing on the outstanding dispositive motion. The depositions of Nationstar's 30(b)(6) witness Kristin Trompisz, and two other Nationstar employees, Langley Chatman and Erika Philips, are currently scheduled for March 22, 2017 in Dallas, Texas. The parties believe these depositions will produce information relevant to the outstanding Motion for Summary Judgment. As such, the parties have agreed to amend this briefing schedule as follows:

///

///

///

///

///

///

///

///

///

2

Deadline for Nationstar to supplement its Motion ...April 7, 2017

Deadline for Plaintiffs to file its Opposition………April 28, 2017

Deadline for Nationstar to file its Reply……………May 12, 2017

**IT IS SO STIPULATED AND AGREESD.**

Dated: March 7, 2017                                                                  Dated: March 7, 2017

| **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** | **HAINES & KRIEGER, LLC** |
|---|---|
| BY: */s/ Gary E.,Schnitzer, Esq.* | BY:*/s/ Marc Dann, Esq.* |
| GARY E. SCHNITZER, ESQ.<br>Nevada Bar No. 395<br>KIMBERLEY A. HYSON, ESQ.<br>Nevada Bar No. 11611<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada  89123<br>Tele: (702) 362-6666<br>Fax:  (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>Email: khyson@ksjattorneys.com | DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>Tele: (702) 880-5554<br>dkrieger@hainsandkrieger.com |
| JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)<br>JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)<br>Tillotson Law<br>750 North Saint Paul, Suite 610<br>Dallas, Texas 75201<br>Tele: (214) 382-3040<br>Email: jtillotson@TillotsonLaw.com<br>Email: jpatton@TillotsonLaw.com<br>*Attorneys for Defendant,*<br>*Nationstar Mortgage, LLC* | MARC DANN, ESQ. (*Pro Hac Vice*)<br>DANIEL SOLAR, ESQ. (*Pro Hac Vice*)<br>The Dann Law Firm Co., LPA<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>Tele: (216) 373-0539<br>notices@dannlaw.com<br>*Attorneys for Plaintiffs* |

3

## ORDER

**THE FOREGOING** is approved and shall serve as the briefing schedule for Defendant Nationstar Mortgage, LLC's Motion for Summary Judgment [ECF No. 50].

**IT IS SO ORDERED** this __8th__ day of __March__, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

BY:*/s/ Gary E.,Schnitzer, Esq.*
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
Tillotson Law
750 North Saint Paul, Suite 610
Dallas, Texas 75201
Tele: (214) 382-3040
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*