David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, #350
Henderson, NV 89123
Telephone: (702) 880-5554
dkrieger@hainesandkrieger.com
Co-Counsel for Plaintiffs

Daniel M. Solar, Esq. Ohio Bar No. 0085662 [*Admitted pro hac vice*]
Marc E. Dann, Esq. Ohio Bar No. 0039425 [*Admitted pro hac vice*]
DANN LAW
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
notices@dannlaw.com
Co-Counsel for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| **MURRAY D. FORD and GEORGINA FORD, individuals,** | Case No. 2:16-cv-00344-RFB-(PAL) |
| Plaintiffs, | **MOTION TO SUBSTITUTE PARTY PURSUANT TO FED. R. CIV. P. 25(a)(1)** |
| vs. | |
| **NATIONSTAR MORTGAGE, LLC,** | |
| Defendant. | |

Plaintiff Georgina Ford and the Estate of Murray D. Ford, by and through counsel, HAINES & KRIEGER, LLC and DANN LAW, hereby move this Court for an Order substituting as Plaintiff, herein, the Estate of Murray D. Ford, upon death of Plaintiff Murray D. Ford and the appointment of Georgina Ford as Special Administrator for the Estate of Murray D. Ford. The reasons for the request are fully contained in the foregoing Memorandum.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

This matter is before the Court on Plaintiff Georgina Ford and the Estate of Murray D. Ford's Motion to Substitute the Estate of Murray D. Ford as Plaintiff in place of the now-deceased Murray D. Ford, pursuant to Fed. R. Civ. P. 25(a). Rule 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Murray D. Ford passed away on March 17, 2018. On April 17, 2018, the District Court for the District of Nevada, entered an *Order for Appointment of Special Administrator and for Issuance of Letters of Special Administration* appointing Georgina Ford the Special Administrator of the estate of Murray D. Ford. The Order specifically granted Georgina Ford the authority to maintain all legal proceedings of Murray D. Ford, including the instant matter. A copy of the April 17, 2108 Order is attached hereto. As Special Administrator, Georgina Ford steps into the same position as Murray D. Ford.

Pursuant to Fed. R. Civ. P. 25(a)(1), the Estate of Murray D. Ford may substitute as proper party when the underlying claim was not extinguished with Murray D. Ford's death. Such is the case here as the claim of Murray D. Ford has now become a claim of the estate which the Special Administrator wishes to pursue for the benefit of the estate. Counsel for Defendant Nationstar Mortgage, LLC has provided Plaintiffs' counsel with consent to file this Motion. This Motion is also timely being filed within 45 days of Murray D. Ford's passing, which is within the ninety (90) day period prescribed under Fed. R. Civ. P. 25(a)(1).

Wherefore, Plaintiff Georgina Ford and the Estate of Murray D. Ford hereby move this

Court for an Order to allow the substitution of the Estate of Murray D. Ford as Plaintiff in place of Murray D. Ford and the appointment of Georgina Ford as Special Administrator for Murray D. Ford.

**DATED**: April 23, 2018.

Respectfully submitted,

**DANN LAW**

/s/ Marc E. Dann
Marc E. Dann, Esq. [*Pro Hac Vice]*
Ohio Bar No. 0039425
Daniel M. Solar, Esq. [*Pro Hac Vice]*
Ohio Bar No. 0085662
P.O. Box 6031040
Cleveland, Ohio 44103
Telephone: (216)373-0539
notices@dannlaw.com

 **IT IS SO ORDERED** this 3rd day of May, 2018.

Peggy A. Leen
United States Magistrate Judge

**HAINES & KRIEGER, LLC**

David Krieger
David Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Telephone: (708)880-5554
dkrieger@hainesandkrieger.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent CM/EFC on April

23, 2018 via electronic mail to the following:


Gary Schnitzer                                    gschnitzer@ksjattorneys.com
Kimberly Hyson                                    kyson@ksjattorneys.com
Kravitz, Schnitzer & Johnson


Jeff Tillotson                                    jtillotson@tillotsonlaw.com
Tillotson Law


/s/ Marc E. Dann
Marc E. Dann, Esq. [*Pro Hac Vice*]
Ohio Bar No. 0039425
Daniel M. Solar, Esq. [*Pro Hac Vice*]
Ohio Bar No. 0085662

Electronically Filed
4/18/2018 10:32 AM
Steven D. Grierson
CLERK OF THE COURT

1   **ORDR**
Taylor L. Waite
2   Nevada Bar No. 11312
**CLEAR COUNSEL LAW GROUP**
3   1671 W. Horizon Ridge Pkwy, Suite200
Henderson, NV 89012
4   (702) 476-5900
(702) 924-0709 (Fax)
5   taylor@clearcounsel.com
*Attorneys for Petitioner*
6

7

8                   **DISTRICT COURT**

9              **DISTRICT OF NEVADA**

10   In the Matter of the Estate of                 CASE NO.   P-18-094983-E

11   MURRAY DOUGLAS FORD,              DEPARTMENT:

12              Deceased.

13       **ORDER FOR APPOINTMENT OF SPECIAL ADMINISTRATOR
AND FOR ISSUANCE OF LETTERS OF SPECIAL ADMINISTRATION**
14

15       The *Ex Parte Petition for Appointment of Special Administrator and for Issuance of Letters of*

16   *Special Administration* was filed by Georgina R. Ford, with this court on April 11, 2018. The Court,

    having considered the Petition, and good cause appearing therefore:

17

18       IT IS HEREBY ORDERED that Georgina R. Ford is appointed as Special Administrator of the

    Estate of MURRAY DOUGLAS FORD, deceased.

19

20       IT IS FURTHER ORDERED that Letters of Special Administration be issued to Georgina R.

    Ford upon taking the oath as required by law without bond.

21

22       IT IS FURTHER ORDERED that any liquid assets of the estate shall be held in an account

    controlled by Clear Counsel Law Group.

23

24       IT IS FURTHER ORDERED that the Special Administrator is granted the following authority

    and powers:

25

26       1.     Authority to investigate and obtain all information regarding the extent and nature of

    Decedent's assets and creditors in order to determine the appropriate probate proceeding needed, if any,

27

28     to administer Decedent's estate;

2.      Authority to determine whether Decedent left any additional property in the State of Nevada, which may belong to the estate and, if any is found, to secure the same for the estate;

3.      Authority to maintain all legal proceedings of Decedent, including, but not limited to, complete authority to pursue Ford v. Nationstar, U.S. District Court, District of Nevada, case no. 2:16-cv-00344-RFB-PAL, and any appeals or other related proceedings, including authority to enter an agreement with necessary legal counsel to pursue such claims;

4.      Authority to investigate and obtain all account information from each of the institutions where Decedent maintained accounts, to close any such accounts, and to deposit the proceeds therefrom into an account controlled by Clear Counsel Law Group; and

5.      Such authority and powers as are set forth in NRS Chapter 140.

DATED this \_17\_ day of April, 2018.

_____
DISTRICT COURT JUDGE

Prepared and submitted by:
**CLEAR COUNSEL LAW GROUP**

_____
**TAYLOR L. WAITE, ESQ.**
Nevada Bar No. 11312
Attorneys for the Estate

2 of 2