GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Nar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

Jeffrey M. Tillotson (*pro hac vice*)
Jonathan R. Patton *(pro hace vice)*
**Tillotson Law**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Fax: (214) 292-6564
Email: jtillotson@tillotsonlaw.com
Email: jpatton@tillotsonlaw.com

*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No.:  2:16-cv-00344-RFB-PAL<br><br>**DEFENDANT NATIONSTAR MORTGAGE, LLC'S PROPOSED VOIR DIRE** |

Defendant Nationstar Mortgage, LLC ("Nationstar") by and through its counsel, KRAVITZ SCHNITZER & JOHNSON, CHTD. and Tillotson Law, P.C., hereby files its Proposed Voir Dire, as follows:

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**Familiarity with the Parties and counsel:**

[Instead of or in addition to Plaintiffs' proposed questions Nos. 10 and 11]:

1. The defendant in this case is Nationstar Mortgage, LLC. Nationstar originates and services home mortgage loans. Has anyone ever had any dealings with Nationstar?

2. If so, can you please tell us what dealings you have had? In other words, did you have a mortgage loan with them or did they service a loan you had?

3. Nationstar Mortgage recently changed its name to "Mr. Cooper." Has anyone had any dealings with Mr. Cooper?

4. If so, what dealings have you had with Mr. Cooper's?

5. Is there anything about any dealings you had with Nationstar or Mr. Cooper that will prevent you from having an open mind in hearing this case?

[Plaintiffs' proposed Questions Nos. 6-9 cover the remaining areas]

**Prior Experience with Mortgage Loans and Related Matters:**

6. Have you ever had a mortgage loan at any time?

7. If so, did you ever experience any mistakes or errors in the handling of that loan?

8. If you had such a mistake or error, what was it?

9. How did you handle it?

10. Have you ever had a mistake made by a creditcard company or on a car loan with a payment?

11. If so, what did you do?

12. If so, was the mistake or error resolved?

13. Have you ever written a letter of complaint to any business?

14. If so, what was your complaint?

15. Was it resolved to your satisfaction?

2

**Prior Lawsuit Experience:**

16.    Have you ever been a party to a lawsuit?

17.    If so, were you a plaintiff or a defendant?

18.    If you were a plaintiff, were you seeking damages?

19.    Did the lawsuit go to trial?

20.    Have you ever been a witness in a case before?

21.    Have you ever serve don a jury before?

22.    If so, was it a civil or criminal case?

DATED this 10th day of May, 2018.

KRAVITZ, SCHNITZER
& JOHNSON, CHTD.

*/s/ Kimberley A. Hyson, Esq.*

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the 10th day of May, 2018, and pursuant to F.R.C.P. 5(b) a true

3

and correct copy of the foregoing ***DEFENDANT NATIONSTAR MORTGAGE, LLC'S***

4

***PROPOSED VOIR DIRE*** was filed via the Court's CM/ECF System and electronically served

5

by the Court on all parties in interest listed as registered users.

6

7

    /s/ *Annette Cooper*

8

    an Employee of Kravitz, Schnitzer,& Johnson,
    CHTD.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada  89123

4