GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Nar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

Jeffrey M. Tillotson (*pro hac vice*)
Jonathan R. Patton (*pro hace vice*)
**Tillotson Law**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Fax: (214) 292-6564
Email: jtillotson@tillotsonlaw.com
Email: jpatton@tillotsonlaw.com

*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD,<br><br>Plaintiffs,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00344-RFB-PAL<br><br>**DEFENDANT NATIONSTAR MORTGAGE, LLC'S STATEMENT OF THE CASE** |

Defendant Nationstar Mortgage, LLC ("Nationstar") by and through its counsel, KRAVITZ SCHNITZER & JOHNSON, CHTD. and Tillotson Law, P.C., hereby files its Statement of the Case, as follows:

///

1

## DEFENDANT'S STATEMENT OF THE CASE

Nationstar acknowledges that servicing errors occurred in connection with the Plaintiffs' mortgage loan. However, Nationstar contends that those errors were unintentional and the result of bona fide error on its part. Those errors occurred despite Nationstar having in place policies and procedures designed to ensure such mistakes do not happen. Nationstar further contends that its collection activities with respect to Plaintiffs were taken in a good faith belief that the Plaintiffs' mortgage loan was delinquent. Nationstar also contends that it fixed all errors associated with Plaintiffs' mortgage loan.

DATED this 10th day of May, 2018.

KRAVITZ, SCHNITZER
& JOHNSON, CHTD.


/s/ Kimberley A. Hyson, Esq.
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2018, and pursuant to F.R.C.P. 5(b) a true and correct copy of the foregoing ***DEFENDANT NATIONSTAR MORTGAGE, LLC'S STATEMENT OF THE CASE*** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest listed as registered users.

/s/ *Annette Cooper*
an Employee of Kravitz, Schnitzer,& Johnson, CHTD.