EXHIBIT LIST                                    page ____1____

Case #  2:16-cv-00344-RFB-PAL

Caption:  GEORGINA FORD, individually and as Special Administrator of the Estate of MURRAY D. FORD

Exhibits for: Defendant Nationstar Mortgage, LLC

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 501 | | Plaintiffs' Original Note (Exhibit A to MSJ) |
| | | 502 | | Nationwide Title Clearing Assignment Verification Report (NAT00214-234) |
| | | 503 | | US Bankruptcy Court, District of Nevada, Notice of Bankruptcy Case Filing (11/15/2009) (Exhibit A to Complaint) |
| | | 504 | | Summary of Loan Modification (4/19/2010) (NAT00050) |
| | | 505 | | Loan Modification (NAT00054) US Bankruptcy Court, District of Nevada, Discharge of Debtor After Completion of Chapter 13 Plan (03/22/2013) |

EXHIBIT LIST                                          page ___2___

Case #  2:16-cv-00344-RFB-PAL

Caption:  GEORGINA FORD, individually and as Special Administrator of the Estate of MURRAY D. FORD

Exhibits for: Defendant Nationstar Mortgage, LLC

|  |  | 506 |  | Email Thread Concerning Proposed Settlement with Nationstar (Depo. Exhibit 5). |
|  |  | 507 |  | Copy of Personal Check from Murray Ford to Nationstar Mortgage in the sum of $4,419.72 for January – April payments (04/04/2015). |
|  |  | 508 |  | 09/09/2015 letter from L Chatman to Fords re receipt of correspondence (Depo. Exhibit 8). |
|  |  | 509 |  | 09/25/2015 Chatman letter to Krieger (Depo. Exhibit 15). |
|  |  | 510 |  | 11/17/2015 Letter from Phillips to Krieger (Depo. Exhibit 17). |

EXHIBIT LIST                                            page ___3___

Case #  2:16-cv-00344-RFB-PAL

Caption:  GEORGINA FORD, individually and as Special Administrator of the Estate of MURRAY D. FORD

Exhibits for: Defendant Nationstar Mortgage, LLC

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 511 |  | Nationstar Policies Regarding Escrows (Depo. Exhibit 10). |
|  |  | 512 |  | Nationstar Control Standards (Depo. Exhibit 11). |
|  |  | 513 |  | Collection History Profile (Depo. Exhibit 12). |
|  |  | 514 |  | Detail Transaction history (Depo. Exhibit 13). |
|  |  | 515 |  | Bank of America Change in Loan Servicer to Nationstar Letter to Fords (06/10/2013). |

EXHIBIT LIST                                           page _____4_____

Case #  2:16-cv-00344-RFB-PAL

Caption:  GEORGINA FORD, individually and as Special Administrator of the Estate of MURRAY D. FORD

Exhibits for: Defendant Nationstar Mortgage, LLC

|   |   | 516 |   | Settlement Agreement with Bank of America (MSJ Exhibit C). |
|---|---|---|---|---|
|   |   | 517 |   | Annual Escrow Account Disclosure Statement (Depo. Exhibit 16) |
|   |   | 518 |   | Notice of Changes from Nationstar re Interest Rates (NAT00017-22). |
|   |   | 519 |   | Statement dated 2/14 (NAT00033 and NAT00038). |
|   |   | 520 |   | Statement dated 2014 (NAT00039-40). |
|   |   | 521 |   | Statement dated 2015 (NAT00041-43). |

EXHIBIT LIST                                                                 page _____5_____

Case #  2:16-cv-00344-RFB-PAL

Caption:  GEORGINA FORD, individually and as Special Administrator of the Estate of MURRAY D. FORD

Exhibits for: Defendant Nationstar Mortgage, LLC

|   |   | 522 |   | Nationstar letter dated 7/28/2015 (NAT00243). |
|---|---|-----|---|-----------------------------------------------|
|   |   | 523 |   | Detailed Transaction History dated 05/10/2018. |