GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Nar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

Jeffrey M. Tillotson (*pro hac vice*)
Jonathan R. Patton (*pro hace vice*)
**Tillotson Law**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Fax: (214) 292-6564
Email: jtillotson@tillotsonlaw.com
Email: jpatton@tillotsonlaw.com

*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD,<br><br>Plaintiffs,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00344-RFB-PAL<br><br>**CHANGE OF ADDRESS** |

Jeffrey M. Tillotson and Jonathan R. Patton of Tillotson Law, P.C., who appear before this Court as *pro hac vice* on behalf of Defendant Nationstar Mortgage, LLC, file this Change of Address, as follows:

1

Jeffrey M. Tillotson
Jonathan R. Patton
Tillotson Law
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Fax: (214) 292-6564

DATED this 10th day of May, 2018.

                KRAVITZ, SCHNITZER
                & JOHNSON, CHTD.

*/s/ Kimberley A. Hyson, Esq.*
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2018, and pursuant to F.R.C.P. 5(b) a true and correct copy of the foregoing ***DEFENDANT NATIONSTAR MORTGAGE, LLC'S STATEMENT OF THE CASE*** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest listed as registered users.

/s/ *Annette Cooper*
an Employee of Kravitz, Schnitzer,& Johnson, CHTD.