GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Nar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

Jeffrey M. Tillotson (*pro hac vice*)
Jonathan R. Patton *(pro hace vice*)
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Fax: (214) 292-6564
Email: jtillotson@tillotsonlaw.com
Email: jpatton@tillotsonlaw.com

Attorneys for Defendant,
*Nationstar Mortgage, LLC*

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD,

Plaintiffs,

vs.

NATIONSTAR MORTGAGE, LLC,

Defendant.

Case No.: 2:16-cv-00344-RFB-PAL

**DEFENDANT NATIONSTAR MORTGAGE, LLC'S PRELIMINARY OBJECTIONS TO PLAINTIFFS' EXHIBITS**

Defendant Nationstar Mortgage, LLC ("Nationstar") by and through its counsel, KRAVITZ SCHNITZER & JOHNSON, CHTD. and Tillotson Law, P.C., hereby files its Preliminary Objections to Plaintiffs' Exhibits, and states as follows:

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

| EXHIBIT | DESCRIPTION | OBJECTION |
|---|---|---|
| **1** | Sept 28, 2015 Payoff Statement | No Objection |
| **2** | Plaintiffs' Notice of Bankruptcy Filing | No Objection |
| **3** | Plaintiffs' Bankruptcy Discharge | No Objection |
| **4** | Email Chain Krieger/Ackerman | No Objection |
| **5-A** | Check from Murray Ford to Nationstar dated 4/4/2015 | No Objection |
| **5-B** | Undated Email from Krieger to Murray Ford Telling Him Where to Mail Payments | Authenticity, Relevance |
| **5-C** | Copy of check and note from Murray Ford to Nationstar dated 5/27/15 | No Objection |
| **5-D** | Copy of check and note from Murray Ford to Nationstar dated 7/5/2013 | No Objection |
| **5-E** | Copy of check and note from Murray Ford to Nationstar dated 7/28/2015 | No Objection |
| **6** | Letter from Nationstar (Chatman) to Fords dated 9/9/2015 | Exhibit 6 appears to be two exhibits. It also includes a letter dated 9/15/2015 from Nationstar that should be a separate exhibit, so Nationstar objects as to authenticity and completeness. |
| **7** | Payment Coupon and copy of check from Murray Ford dated 9/25/2015 | No Objection |
| **8** | 9/26/2015 Notice of Error | Seems like there is an extra letter from Nationstar dated 9/15/2015 that should be a separate exhibit, so Nationstar objects as to authenticity and completeness. |
| **9** | 9/30/2015 Notice of Error | No Objection |
| **10** | 4/19/2010 Loan Modification with Bank of America | No Objection |
| **11** | Bank of America Change in Loan Servicer Letter dated 6/10/2013 | No Objection |
| **12** | Nationstar June 30, 2017 10-Q filed with SEC | Relevance |
| **13** | Settlement Agreement | No Objection |

| **14** | Nationstar Default Notice 10/6/2015 | No Objection |
|---|---|---|
| **15** | Plaintiffs' Adjustable Rate Note dated 8/10/2004 | No Objection |
| **16** | Declaration of Murry Ford | Hearsay |
| **17** | California Consent Order | Relevance (FRE 402); Prejudice (FRE 403); Improper Habit (FRE 406); Settlement (FRE 408); Document not produced; Foundation |
| **18** | New York Consent Order | Relevance (FRE 402); Prejudice (FRE 403); Improper Habit (FRE 406); Settlement (FRE 408); Document not produced; Foundation |
| **19** | Plaintiffs' 7/7/2015 letter to Nationstar CEO Jay Gray | Hearsay |
| **20** | Nationstar (Chatman) letter to Krieger dated 9/29/2015 | No Objection |
| **21** | Annual Escrow Account Disclosure Statement | No Objection |
| **22** | Nationstar (Phillips) letter to Krieger dated 11/17/2015 | No Objection |
| **23** | Nationstar 2017 Form 10-K Report with SEC | Relevance |
| **24** | Nationstar (Phillips) letter to Krieger dated 11/17/2015 | Duplicate of Ex. 22 |
| **25** | Plaintiffs' Letter to Krieger dated 10/14/2015 | Hearsay, Relevance, Prejudice |
| **26** | Nationstar Loan Servicing Notes | No Objection |
| **27** | Krieger 12/21/2015 Letter to Nationstar | Relevance |
| **28** | Nationstar (Carolina Brito) 2/25/2016 Letter to Krieger | No Objection |
| **29** | Appears to be same as 28 | Duplicate of 28 |

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

Nationstar reserves the right to assert additional objections based on the Court's rulings, the evidence that is presented at trial, and/or any other new or changed circumstances.

DATED this 23rd day of May, 2018.

KRAVITZ, SCHNITZER
& JOHNSON, CHTD.

*/s/ Kimberley A. Hyson, Esq.*

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
Tele: (214) 382-3041
Fax: (214) 292-6564
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
Attorneys for Defendant,
*Nationstar Mortgage, LLC*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2018, and pursuant to F.R.C.P. 5(b) a true and correct copy of the foregoing ***DEFENDANT NATIONSTAR MORTGAGE, LLC'S PRELIMINARY OBJECTIONS TO PLAINTIFFS' EXHIBITS*** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest listed as registered users.

/s/ *Annette Cooper*
an Employee of Kravitz, Schnitzer,& Johnson, CHTD.