EXHIBIT LIST             page ___1___

Case #   2:16-cv-00344-RFB-PAL
Caption: GEORGINA FORD, individually and as Special Administrator of the Estate of Murray D. Ford v. Nationstar Mortgage, LLC

Exhibits for: GEORGINA FORD, individually and as Special Administrator of the Estate of Murray D. Ford

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | 2015 09 28 Nationstar Payoff Statement |
| | | 2 | | 2009 11 15 Notice of BK Filing |
| | | 3 | | 2013 03 22 BK Discharge |
| | | 4A | | April 10 2015 Email thread 1 |

EXHIBIT LIST          page ___2___

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 4B |  | April 10 2015 Email thread 2 |
|  |  | 5A |  | 2015 Jan-April Payment |
|  |  | 5B |  | 2015 May Payment |
|  |  | 5C |  | 2015 June Payment |
|  |  | 5D |  | 2015 July Payment |

EXHIBIT LIST     page ___3___

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5E | | 2015 August Payment |
| | | 6 | | 2015 Sept Payment |
| | | 7 | | 2015 09 26 Notice of Error |
| | | 8 | | 2015 09 30 Notice of Error |
| | | 9 | | 2010 04 19 Bank of America Loan Modification |

Case 2:16-cv-00344-RFB-PAL   Document 96   Filed 05/24/18   Page 3 of 6

EXHIBIT LIST    page ____4____

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 10 | | 2013 06 10 Servicing Transfer Notice |
| | | 11 | | 2017 10 04 Nationstar Mortgage LLC 10Q Certified SEC Docs |
| | | 12 | | 2016 04 22 Signed Settlement Agreement |
| | | 13 | | 2015 10 06 Collection Letter Alleging Default Threatening Foreclosure |
| | | 14 | | 2004 08 10 NOTE |

Case 2:16-cv-00344-RFB-PAL   Document 96   Filed 05/24/18   Page 4 of 6

EXHIBIT LIST     page     5

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 15 |  | California Consent Order |
|  |  | 16 |  | NY Consent Order |
|  |  | 17 |  | 2015 07 07 Letter to Nationstar CEO |
|  |  | 18 |  | 2015 09 29 Response to Notice of Error 1 |
|  |  | 19 |  | 2015 09 29 Escrow Account Disclosure Statement |

EXHIBIT LIST          page ___6___

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 20 |  | 2015 11 17 Response to Notice of Error 2 |
|  |  | 21 |  | Nationstar 10K 2017 |
|  |  | 22 |  | 2016 03 01 Servicing Notes |
|  |  | 23 |  | 2015 12 21 Notice of Error |
|  |  | 24 |  | 2016 02 25 Nationstar Response to Notice of Error 3 |