GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
750 North Saint Paul, Suite 610
Dallas, Texas 75201
Tele: (214) 382-3040
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD,<br><br>Plaintiffs,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00344-RFB-PAL<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME TO FILE NOTICE OF DISMISSAL [SECOND REQUEST]** |

COME NOW Defendant NATIONSTAR MORTGAGE, LLC ("Nationstar"), and Plaintiffs GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD ("Plaintiffs"), and through their undersigned counsel, and hereby submit this Stipulation to Extend Time to File Notice of Dismissal [Second Request].

///

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

WHEREAS, on May 30, 2018 the Honorable Richard F. Boulware, II ordered that a Notice of Dismissal is due by June 13, 2018;

WHEREAS, on June 13, 2018, the parties filed a Stipulation and [Proposed] Order to File Notice of Dismissal because the parties were still finalizing execution of the settlement agreement and making payments;

WHEREAS, the Parties experienced some technical difficulties with regard to finalizing settlement documents and issuing payment, requiring additional time to file notice of dismissal;

WHEREAS, the parties seek up to and including June 18, 2018 to file a Notice of Dismissal;

WHEREAS, this is the second request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//
//
//
//
//
//
//
//

Defendant NATIONSTAR MORTGAGE, LLC ("Nationstar"), and Plaintiffs GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD, shall have up to and including June 18, 2018 to file a Notice of Dismissal.

**IT IS SO STIPULATED.**

DATED this 15th day of June, 2018.

| **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** | **HAINES & KRIEGER, LLC** |
|---|---|
| BY: /s/ *Kimberley A. Hyson, Esq.* | BY: /s/ *Marc Dann, Esq.* |
| GARY E. SCHNITZER, ESQ.<br>Nevada Bar No. 395<br>KIMBERLEY A. HYSON, ESQ.<br>Nevada Bar No. 11611<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Tele: (702) 362-6666<br>Fax: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>Email: khyson@ksjattorneys.com | DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>Tele: (702) 880-5554<br>dkrieger@hainsandkrieger.com |
| JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)<br>JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)<br>Tillotson Law<br>750 North Saint Paul, Suite 610<br>Dallas, Texas 75201<br>Tele: (214) 382-3040<br>Email: jtillotson@TillotsonLaw.com<br>Email: jpatton@TillotsonLaw.com<br>*Attorneys for Defendant,*<br>*Nationstar Mortgage, LLC* | MARC DANN, ESQ. (*Pro Hac Vice*)<br>DANIEL SOLAR, ESQ. (*Pro Hac Vice*)<br>The Dann Law Firm Co., LPA<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>Tele: (216) 373-0539<br>notices@dannlaw.com<br>*Attorneys for Plaintiffs*<br>*Murray D. Ford and Georgina Ford* |

**IT IS ORDERED.**

DATED this  18th  day of June, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court