GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
**TILLOTSON LAW**
750 North Saint Paul, Suite 610
Dallas, Texas 75201
Tele: (214) 382-3040
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD,<br><br>Plaintiffs,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00344-RFB-PAL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

COME NOW Defendant NATIONSTAR MORTGAGE, LLC ("Nationstar"), and Plaintiffs GEORGINA FORD, individually and as Special Administrator of the ESTATE OF MURRAY D. FORD ("Plaintiffs"), by and through their undersigned counsel, and hereby submit this Notice of Dismissal, with Prejudice.

///

///

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

1. This action was filed on February 19, 2016, in the District Court for the District of Nevada [ECF No. 1].

2. On May 30, 2018, the parties reached a resolution of this matter, wherein it was agreed that Defendant Nationstar Mortgage, LLC would be dismissed, with prejudice.

3. On May 30, 2018 the Honorable Richard F. Boulware, II ordered that a Notice of Dismissal was due by June 13, 2018 [ECF No. 102];

4. On June 13, 2018, the parties filed a Stipulation and [Proposed] Order to Extend Time to File Notice of Dismissal up to and including June 15, 2018 [ECF No. 106];

5. On June 15, 2018, the parties filed a Stipulation and [Proposed] Order to Extend Time to File Notice of Dismissal [Second Request] up to and including June 18, 2018 [ECF No. 107];

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

6.     Pursuant to the agreement of the parties, and Order of the Court, the instant matter, Case No. 2:16-cv-00344-RFB-PAL, is dismissed, with prejudice, as to Defendant Nationstar Mortgage, LLC.

DATED this 18ᵗʰ day of June, 2018.

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

BY: */s/ Kimberley A. Hyson, Esq.*
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
Email: khyson@ksjattorneys.com

JEFFREY TILLOTSON, ESQ. (*Pro Hac Vice*)
JONATHAN R. PATTON, ESQ. (*Pro Hac Vice*)
Tillotson Law
750 North Saint Paul, Suite 610
Dallas, Texas 75201
Tele: (214) 382-3040
Email: jtillotson@TillotsonLaw.com
Email: jpatton@TillotsonLaw.com
*Attorneys for Defendant,*
*Nationstar Mortgage, LLC*

**HAINES & KRIEGER, LLC**

BY: */s/ David H. Krieger, Esq.*
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Tele: (702) 880-5554
dkrieger@hainsandkrieger.com

MARC DANN, ESQ. (*Pro Hac Vice*)
DANIEL SOLAR, ESQ. (*Pro Hac Vice*)
The Dann Law Firm Co., LPA
P.O. Box 6031040
Cleveland, OH 44103
Tele: (216) 373-0539
notices@dannlaw.com
*Attorneys for Plaintiffs*
*Murray D. Ford and Georgina Ford*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: <u>June 20, 2018</u>.

3